AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

**FILED**
US DISTRICT COURT

2026 JUN -9 AM 10: 26

OFFICE OF THE CLERK

FABIAN LEONARDO INCIARTE RIVERO
_____
*Petitioner*

v.

Case No. **8:26cv262**
_____
*(Supplied by Clerk of Court)*

Warden, Lincoln County Jail
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.   (a) Your full name:   Fabian Leonardo Inciarte Rivero

     (b) Other names you have used:

2.   Place of confinement:

     (a) Name of institution:   Lincoln County Jail

     (b) Address:   302 N Jeffers St North Platte, NE 69101

     (c) Your identification number:   A# 244-428-674

3.   Are you currently being held on orders by:

     ☑Federal authorities     ☐ State authorities     ☐ Other - explain:
     _____

4.   Are you currently:

     ☐ A pretrial detainee (waiting for trial on criminal charges)

     ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

     If you are currently serving a sentence, provide:

        (a) Name and location of court that sentenced you:

        (b) Docket number of criminal case:

        (c) Date of sentencing:

     ☑ Being held on an immigration charge

     ☐ Other *(explain)*:
     _____
     _____

### Decision or Action You Are Challenging

5.   What are you challenging in this petition:

     ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

☑ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*: _____

_____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  Department of Homeland Security / ICE Lincoln County Jail 302 N Jeffers St North Platte, NE 69101

(b) Docket number, case number, or opinion number:  A# 244-428-674

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

 Continued and prolonged immigration detention in violation of due process.

_____

(d) Date of the decision or action:  October 20, 2025 and continuing.

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ❏ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  Board of Immigration Appeals (BIA)

(2) Date of filing:  November 17, 2025

(3) Docket number, case number, or opinion number:   A# 244-428-674

(4) Result:    Pending

(5) Date of result:  N/A – Appeal remains pending

(6) Issues raised:    An appeal concerning the Immigration Judge's October 22, 2025 decision remains pending before the Board of Immigration Appeals.

_____

(b) If you answered "No," explain why you did not appeal:  _____

_____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

   _____

   _____

   _____

   _____

   _____

   _____

(b) If you answered "No," explain why you did not file a second appeal: _____

No decision has yet been issued by the Board of Immigration Appeals. The appeal remains pending.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

   _____

   _____

   _____

   _____

   _____

   _____

(b) If you answered "No," explain why you did not file a third appeal: _____

No decision has yet been issued by the Board of Immigration Appeals. The appeal remains pending.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

   (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

           ☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes                    ❏ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑Yes                    ❏No

If "Yes," provide:

(a)    Date you were taken into immigration custody:  October 20, 2025

(b)    Date of the removal or reinstatement order:   No removal order known.

(c)    Did you file an appeal with the Board of Immigration Appeals?

☑Yes                    ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: November 17, 2025

(2) Case number: A# 244-428-674

(3) Result: Pending

(4) Date of result: N/A

(5) Issues raised: Appeal concerning the Immigration Judge's October 22, 2025 dismissal decision.

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner has been detained by ICE since October 20, 2025. He has remained in immigration custody for more than seven months while his appeal before the Board of Immigration Appeals remains pending. Petitioner continues to be detained without a meaningful opportunity to obtain release from custody.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:** _____

Petitioner has been transferred between multiple detention facilities during his detention. These transfers have made it difficult to maintain communication, obtain legal assistance, and pursue relief.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND THREE:** _____

Petitioner reports poor detention conditions and alleges that detainees have been subjected to the use of pepper spray. He also reports difficulty obtaining assistance regarding his detention.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

Petitioner has no known criminal history and continues to be detained despite the prolonged nature of his immigration custody and the pendency of his appeal.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:      Petitioner is detained, proceeding without counsel, and has limited access to legal resources. The issues raised in this petition concern the constitutionality of his continued detention and were not fully available through the immigration appeal process.

**Request for Relief**

15. State exactly what you want the court to do:

Petitioner respectfully requests immediate release from immigration detention, or alternatively an individualized custody review or bond hearing, and any other relief the Court deems just and proper.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: **June 03, 2026** _____

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEBRASKA

FABIAN LEONARDO INCIARTE RIVERO,

Petitioner,

v.

WARDEN, LINCOLN COUNTY JAIL,

Respondent.

Case No. _____

# CERTIFICATE OF SERVICE

I, Fabian Leonardo Inciarte Rivero, A# 244-428-674, certify that on June 3, 2026, I placed a true and correct copy of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, together with all attached exhibits, in the institutional mail system for service by U.S. Mail upon:

United States Attorney's Office
District of Nebraska
1620 Dodge Street, Suite 1400
Omaha, NE 68102

Office of the Principal Legal Advisor (OPLA)
U.S. Immigration and Customs Enforcement
1717 Avenue H, Room 174
Omaha, NE 68110

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 3, 2026

Fabian Leonardo Inciarte Rivero
A# 244-428-674

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1.  **Who Should Use This Form.** You should use this form if
    - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
    - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
    - you are alleging that you are illegally detained in immigration custody.

2.  **Who Should Not Use This Form.** You should not use this form if
    - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
    - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
    - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3.  **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4.  **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5.  **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6.  **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7.  **Submitting Documents to the Court.** Mail your petition and _____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8.  **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

RECEIVED

JUN - 9 2026

CLERK
DISTRICT COURT



Fabian



**UNITED STATES POSTAL SERVICE** ®  |  **PRIORITY®**
**MAIL**

## FLAT RATE ENVELOPE
**ONE RATE ■ ANY WEIGHT**

To schedule free Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**

## TRACKED ■ INSURED



**PS00001000014**

**EP14F October 2023**
**OD: 12 1/2 x 9 1/2**

---

UNITED STATES POSTAL SERVICE∗    **Click-N-Ship®**

usps.com    9405 5301 0935 5388 1699 21 0111 2001 0006 8102
**$11.12**
**US POSTAGE**

U.S. POSTAGE PAID



06/03/2026
1 lb 0 oz          Mailed from 69101  421291044431302

**PRIORITY MAIL®**



LINCOLN COUNTY JAIL                  Created 2026-06-03
FABIAN L INCIARTE RIVERO   RECEIVED   Flat Rate Envelope
302 N JEFFERS ST                     **RDC 03**
NORTH PLATTE NE 69101-3961
                        JUN - 9 2026   **C016**

CLERK
U.S. DISTRICT COURT


CLERK, UNITED STATES DISTRICT COURT R
111 S 18TH PLZ STE 1152
OMAHA NE 68102-1322

**USPS TRACKING #**

**9405 5301 0935 5388 1699 21**



## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

---

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.