IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FABIAN LEONARDO INCIARTE RIVERO, | **8:26CV262** |
| Petitioner, | |
| vs. | **ORDER** |
| WARDEN, LINCOLN COUNTY JAIL, | |
| Respondent. | |

The Court is in receipt of the federal Respondents' Response to the Petition for Writ of Habeas Corpus, Filing No. 4, and exhibits in support, Filing No. 6. The federal Respondents reference several documents which the Court concludes it needs to review in order to render a decision in this case. Accordingly,

IT IS ORDERED:

1. On or before **June 26, 2026**, the federal Respondents shall file copies of the following documents:

   a. The motion to dismiss asylum petition filed in immigration court and any accompanying briefing or exhibits;

   b. The Immigration Judge's order dismissing the asylum case;

   c. The expedited removal order;

   d. All briefing, documents, and orders relating to Petitioner's appeal of the dismissal of his asylum application to the BIA.

Dated this 22nd day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge