IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FABIAN LEONARDO INCIARTE RIVERO,

Petitioner,

vs.

WARDEN, LINCOLN COUNTY JAIL, TODD
BLANCHE, Acting U.S. Attorney General;
MARKWAYNE MULLIN, Secretary of
Homeland Security; and DAVID J.
VENTURELLA, Senior Official Performing
the Duties of the Director of U.S.
Immigration & Customs Enforcement;

Respondents.

8:26CV262

ORDER

This matter comes before the Court on Petitioner's Motion to Enforce Order, Filing No. 17. On June 24, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to release Petitioner forthwith "with all personal effects including identification documents and immigration documents." Filing No. 12 at 6. On June 25, 2026, the federal Respondents filed a Status Report stating that Petitioner had been released from ICE custody at 11:10 AM that day "with all personal effects including identification documents and immigrant documents." Filing No. 14 at 1. In his Motion to Enforce Order, Petitioner states that when he was arrested, he had his employment authorization document (EAD), social security card, and driver's license, but Respondents filed to return these documents to him upon his release. Filing No. 17 at 1. He asks the Court to order Respondents to return the documents to him via certified mail. *Id.* Accordingly,

IT IS ORDERED:

1

2

1. On or before **July 21, 2026**, the federal Respondents shall file a response to Petitioner's Motion to Enforce Order and provide a copy to Petitioner of the same at the address provided in Filing No. 17.

2. The Clerk of Court is directed to update Petitioner's address to that he provided in Filing No. 17.

Dated this 14th day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge